IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY E. KORNAFEL,<br>　　Plaintiff, | : <br> : <br> : |
| v. | : 　CIVIL ACTION NO. 18-CV-3241 |
| SCOTT D. GALLOWAY, *et al.*,<br>　　Defendants. | : <br> : <br> : |

## ORDER

AND NOW, this 3rd day of August, 2018, upon consideration of Plaintiff Stanley E. Kornafel's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for the reasons stated in the Court's Memorandum, with the exception of Kornafel's claims against Judge G. Michael Green, Judge Christine F. Gannon, and Judge Spiros E. Angelos, which are **DISMISSED with prejudice**.

4. Kornafel is given leave to file an amended complaint within thirty (30) days of the date of this Order. If Kornafel files an amended complaint, he must identify all of the defendants in the caption of the amended complaint. The amended complaint must also clearly describe how each defendant was responsible for violating Kornafel's rights. Any amended complaint shall not raise claims that are barred by absolute judicial immunity, such as the claims against Judges Green, Gannon and Angelos as discussed in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

cc: S. Kornafel　8/6/18

5. If Kornafel fails to file an amended complaint, his case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
C. DARNELL JONES, II, J.