# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STANLEY E. KORNAFEL** : | |
| Plaintiff, | |
| | CIVIL ACTION |
| v. : | NO. 18-3241 |
| | |
| **SCOTT D. GALLOWAY,** *et al.* | |
| Defendants. : | |

## ORDER

AND NOW, this 24th day of August, 2018, upon consideration of Plaintiff Stanley E. Kornafel's Amended Complaint (ECF No. 6), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED with prejudice** for the reasons stated in the court's Memorandum. Kornafel may not file a Second Amended Complaint in this case.

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ C. Darnell Jones, II**
_____
**C. DARNELL JONES, II    J.**